# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHELLE SHARP, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MESSERLI & KRAMER, P.A. and LVNV FUNDING LLC.,<br><br>Defendants. | Case No. 21-CV-2660 (NEB/DTS)<br><br>ORDER FOR DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on September 23, 2022 (ECF No. 42), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs to either party.

Dated: September 26, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge